**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**William Ronnie ROMINES, a/k/a William Ronnie Mikels, a/k/a Ronnie William Mikels, a/k/a William Ronnie Romine, a/k/a Ronnie Ramine, Defendant–Appellant.**

No. 01–6064.

United States Court of Appeals,
Fourth Circuit.

Submitted June 12, 2001.

Decided Sept. 10, 2001.

William Ronnie Romines, pro se. Rick A. Mountcastle, Office of the United States Attorney, Abingdon, VA, for appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

William Ronnie Romines seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Romines,* Nos. CR–95–52–A; CA–99–728–7 (W.D.Va. Oct. 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*